In the Matter of JAMES P. RYAN et al., Respondents, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

PETER COYLE et al., Appellants.

Argued September 11, 1941; decided September 11, 1941.

*Kermit F. Kip, John J. O'Connor* and *John O. Driscoll* for appellants.

*Sol H. Eisler, amicus curiæ.*

*Francis J. McCaffrey* for petitioners, respondents.

*William C. Chanler, Corporation Counsel (Robert H. Schaffer* of counsel), for Board of Elections, respondent.

Order affirmed, without costs. The statute provides for a statement of the occupation of a substituted candidate. The court may not delete that provision. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.